HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GABRIEL ALLEN ECKARD

    Plaintiff,

  v.

JEA LEE,

    Defendant.

Case No. 19-cv-0429-RAJ

**ORDER GRANTING PLAINTIFF'S MOTION**

This matter is before the Court on Plaintiff's motions for extensions of time to file objections. Dkt. ## 23, 27. Having considered Plaintiff's arguments, the Court GRANTS the motion. The Clerk is directed to send copies of this Order and the Report and Recommendation (Dkt. # 22) to Plaintiff. The Clerk is further directed to send a copy of this Order to counsel for Defendant and to Judge Peterson. Plaintiff's Objections the Report and Recommendation (Dkt. # 22) must be filed with the Clerk and served upon all parties to this suit by January 17, 2020. Responses to objections may be filed within January 24, 2020.

DATED this 6th day of January, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1