UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GABRIEL ECKARD,

                         Plaintiff,

       v.

JEA LEE,

                       Defendant.

Case No. C19-429-RAJ

ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)      The Court ADOPTS the Report and Recommendation.

(2)      Plaintiff's second motion to strike Defendant's motion for summary judgment (dkt. # 30) is DENIED.

(3)      Defendant's motion for summary judgment (dkt. # 24) is GRANTED and this

\\

\\

ORDER - 1

1    case is dismissed.

2        The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

3

4        Dated this 28th day of January, 2020.

5

6 _____

7         The Honorable Richard A. Jones
        United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER - 2